■ ELIZABETH T. PRONESTI, Respondent, v CHURCH OF THE IMMACULATE CONCEPTION et al., Appellants. [821 NYS2d 141]— Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 16, 2006 in a personal injury action. The order denied defendants' motion seeking summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Green, JJ.